```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 17414
   MICHAEL CANTEBERRY
   BARBARA CANTEBERRY                             CHAPTER 13

                                                  JUDGE: JACQUELINE P COX

              Debtor
   SSN XXX-XX-2721    SSN XXX-XX-4521

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/24/2007 and was not confirmed.

     The case was dismissed without confirmation 01/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
ACCREDITED HOME LENDERS   CURRENT MORTG        .00           .00            .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC    7794.72           .00         485.76
IL STATE DISBURSEMENT UN  DSO ARREARS     27952.34           .00            .00
CAPITAL ONE               UNSECURED        1308.78           .00            .00
ACCREDITED HOME LENDERS   MORTGAGE ARRE   33021.35           .00            .00
AFNI INC                  UNSECURED       NOT FILED          .00            .00
ARMOR SYSTEMS CO          UNSECURED       NOT FILED          .00            .00
BUREAU OF COLLECTION REC  UNSECURED       NOT FILED          .00            .00
BUREAU OF COLLECTION REC  UNSECURED       NOT FILED          .00            .00
CCA                       UNSECURED       NOT FILED          .00            .00
CREDIT PROTECTION         UNSECURED       NOT FILED          .00            .00
CREDITORS COLLECTION B    UNSECURED       NOT FILED          .00            .00
DIVERSIFIED COLLECTION S  UNSECURED         185.00           .00            .00
JNR ADJUSTMENT CO         UNSECURED       NOT FILED          .00            .00
JNR ADJUSTMENT CO         UNSECURED       NOT FILED          .00            .00
JNR ADJUSTMENT CO         UNSECURED       NOT FILED          .00            .00
JHR ADJUSTMENT CO         UNSECURED       NOT FILED          .00            .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED          .00            .00
NCO FINANCIAL SERVICES    UNSECURED       NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED        1810.43           .00            .00
NCO FINANCIAL SYSTEM      UNSECURED       NOT FILED          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED       NOT FILED          .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED       NOT FILED          .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1457.11           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         760.69           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         541.74           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED          .00            .00
STATE DISBURSEMENT UNIT   DSO CURRENT     NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED         462.91           .00            .00
LORETTA RICE              NOTICE ONLY     NOT FILED          .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY      2,873.00                      711.19
TOM VAUGHN                TRUSTEE                                         95.05
DEBTOR REFUND             REFUND                                            .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 17414 MICHAEL CANTEBERRY & BARBARA CANTEBERRY
```

```
    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 1,292.00

PRIORITY                                          .00
SECURED                                        485.76
UNSECURED                                         .00
ADMINISTRATIVE                                 711.19
TRUSTEE COMPENSATION                            95.05
DEBTOR REFUND                                     .00
                     ---------------      ---------------
TOTALS                  1,292.00              1,292.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 04/23/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                              PAGE  2
        CASE NO. 07 B 17414 MICHAEL CANTEBERRY & BARBARA CANTEBERRY